2 pgs.
SCOTT A. COBEN & ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Talvinder S. Bambhra State Bar No. 230907
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorney for Debtors, NICASIO UGSANG and MARILOU UGSANG

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In Re:     Case No.:    09-45893-B-13J

NICASIO UGSANG and
MARILOU UGSANG,

    Debtors.
_____/

**SUBSTITUTION OF ATTORNEYS**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Debtors NICASIO UGSANG and MARILOU UGSANG, hereby substitutes SCOTT A. COBEN & ASSOCIATES at the above address in the place Debtor in pro per, as attorney of record in the above matter.

1

I agree to the above substitution.

Dated: December 10, 2009    /s/ Nicasio Ugsang
                NICASIO UGSANG
                Debtor

                /s/ Marilou Ugsang
                MARILOU UGSANG
                Joint Debtor

I accept the above substitution.

                SCOTT A. COBEN & ASSOCIATES

Dated: December 11, 2009    /s/ Talvinder S. Bambhra
                SCOTT A. COBEN
                TALVINDER S. BAMBHRA
                Proposed New Attorney