

FILED
January 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002342286

DEBTOR(S):
Ugsang, Nicasio James
SSN XXX-XX-6705
4240 Mustic Way
Mather, CA 95655-3032

BANKRUPTCY NUMBER: 09-45893-TH
FILING DATE: 11/25/2009
CHAPTER: 13

National Capital Management, LLC
successor in interest to Hilco Receivables, LLC
successor to Ge Capital Corp.
8245 Tournament Drive
Suite 230
Memphis, TN 38125

## ACCOUNT SUMMARY

Account Number: XXX5074 / XXXXXXXXXXXX5818

Balance at Filing Date: $ 4,376.18

Pursuant to paragraph 9 Official Bankruptcy Form 10, Proof of Claim, in lieu of attaching voluminous account documents, a summary of the account, compiled from the information contained in the account database of National Capital Management, LLC, and their agents, if any, is provided. (See Instructions to Official Form 10). For further information about this claim call 901-748-2900. Some documents may no longer be available.