UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Nicasio J. Ugsang and Marilou C. Ugsang | **Case No :** | 09-45893 - B - 13J |
| | | **Date :** | 3/9/10 |
| | | **Time :** | 09:32 |
| **Matter :** | [21] - Motion/Application to Value Collateral of Golden 1 Credit Union [SAC-2] Filed by Joint Debtor Marilou C. Ugsang, Debtor Nicasio J. Ugsang (swas) | | UNOPPOSED |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

MOTION was :
Granted
For the reasons stated in the disposition below

The court will issue a minute order.

Disposition Without Oral Argument: This motion is unopposed. Due to the number of matters on this morning's three related calendars (219 matters), the court issues the following abbreviated ruling.

The motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. $0.00 of Golden One Credit Union's claim secured by the second deed of trust on real property located at 4240 Mustic Way, Mather, CA ("Property") is a secured claim, and the balance of its claim is an unsecured claim.

In the absence of opposition, for the purposes of this motion, the Property had a value of $230,000.00 on the date of the petition. The Property is encumbered by a first deed of trust held by Bank of America with a balance of approximately $237,000.00. Thus, the value of the collateral available to Golden One Credit Union on its second deed of trust is $0.00.

The court will issue a minute order.