1  2

JAN P. JOHNSON
Standing Chapter 13 Trustee
P.O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002480683

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 09-45893-B-13J |
| | ) | DC No.: SAC-1 |
| | ) | |
| NICASIO UGSANG, | ) | EXHIBIT A IN SUPPORT |
| MARILOU UGSANG, | ) | OF TRUSTEE'S OPPOSITION TO |
| | ) | MOTION TO CONFIRM PLAN AND |
| | ) | COUNTER MOTION |
| | ) | TO CONDITIONALLY DISMISS CASE |
| | ) | |
| | ) | DATE: MARCH 30, 2010 |
| | ) | TIME: 9:32 A.M. |
| Debtor(s) | ) | COURTROOM: 32 |

Exhibit A – Trustee's plan payment history – page 2

EXHIBIT A

Jan P. Johnson, Chapter 13 Trustee
Case Number: 09-45893 B13
Debtor: UGSANG

## Debtor Receipt History

| Receipt Date | Description | Source | Amount |
|---|---|---|---|
| February 18, 2010 | CASHIERS CHECK | 01588 | $ 10,100.00 |
| | | Aggregate Receipts: | $ 10,100.00 |
| | | Net Receipts: | $ 10,100.00 |

EXHIBIT A