09-45893

# SUMMARY FOR
# NICASIO J. UGSANG and MARILOU C. UGSANG

The Judgment and Notice of Entry of Judgment produced by the Superior Court of California, County of Sacramento has been issued, see attached. The Judge has stated that Bassam Dahduli, owner of Fourway, Inc. is entitled to possession of the commercial property leased by Mr. and Mrs. Ugsang which is located at 1835 Prairie City Road, Suite 100, Folsom, Ca 95630. This is the location the Mr. and Mrs. Ugsang agreed to Lease in 2008 and currently still remain. In addition to the writ of possession the Judge has also ordered that Mr. and Mrs. Ugsang are responsible for paying the outstanding balance of **$33,353.01** which is payable to Bassam Dahduli.

## Important Facts

- Mr. and Mrs. Ugsang have verbally stated on numerous occasions that they are unable to pay rent for the space they leased and would go ahead and move out in order to avoid the hassle of going through the court eviction process. Please note, this statement came after months of trying to work and allowing late payments, partial payments, canceling prior 3-Day Notices to allow them more time…etc. However the statement was untrue as they continued to remain open for business each day while avoiding any communication with Bassam Dahduli, the owner, or Kim Lopp, property manager. It was for this reason we began legal proceedings for the eviction.

- Now again, Mr. and Mrs. Ugsang both verbalized their inability to pay and even stated that they had approximately $6000 for rent but since that was not enough to stop the eviction process that they would need to use that money to open a store at another location. Meanwhile they stopped paying their utility bill which had to be switched into the owners name and paid for by the owner, to avoid a lien being placed on the building.

-Although Mr. and Mrs. Ugsang are aware of their obligation and even though they promised to just move out, they still remain open for business each day AND still collected rent from the individuals they share counter space with.
    It's similar to an individual that charges up a credit card knowing they are going to claim bankruptcy and be relieved of the debts. Their intension to remain and collect money, not pay rent, and claim bankruptcy is deceitful. In addition their financial statements provided to the owner are clearly false. Not to mention the fact that after reviewing the bankruptcy notice that their prior Landlord's name is listed which means they did the same thing to him.

**Bassam Dahduli is due $33,353.01 and demands payment due to the Judgment provided by the court and due to the deceitful intensions of Mr. and Mrs. Ugsang.**

| | |
|---|---|
| **Bassam Dahduli, Owner** | **Kim Lopp, Property Manager** |
| 5175 Ridgevine Way | P: 916/965-3143 |
| Fair Oaks, Ca 95628 | F: 916/965-3571 |
| P: 916/965-3143 | kim@samsairpack.com |
| F: 916/965-3571 | |
| sam@4wayinc.com | |

DNES

**FILED**

MAR 12 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| COURT:<br>Superior Court of California, County of Sacramento<br>Unlawful Detainer Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701 - (916) 875-7746 | FOR COURT USE ONLY<br>FILED/ENDORSED<br>MAR - 4 2010<br>L. Miller, Deputy Clerk |
|---|---|
| CASE TITLE:<br>BASSAM DAHDULI vs. NICASIO J. UGSANG Et Al | |
| **JUDGMENT AND NOTICE OF ENTRY OF JUDGMENT** | CASE NUMBER:<br>09UD12280 |

BASSAM DAHDULI
5175 RIDGEVINE WAY
FAIR OAKS, CA 95628

This matter came on regularly for Court Trial on February 24, 2010, at 9:00 AM, in Department 88 before the Honorable JUDGE THADD A. BLIZZARD, presiding.

Plaintiff BASSAM DAHDULI, Defendants NICASIO J. UGSANG and MARILOU C. UGSANG appeared in pro per.

The matter was referred to mediation by mutual agreement of Plaintiff BASSAM DAHDULI, Defendants NICASIO J. UGSANG and MARILOU C. UGSANG.

The matter proceeded to trial as the parties were unable to reach a mediated agreement.

On February 24, 2010, the Court having received evidence of the giving of timely notice of trial, and a jury trial having been duly waived, the Court having heard the testimony and considered the evidence, both oral and documentary, and a statement of decision not having been requested, and good cause appearing therefore, took the matter under submission:

On March 03, 2010, the Court ruled as follows:

It is ORDERED, ADJUDGED and DECREED that:

Plaintiff BASSAM DAHDULI is entitled to possession and a writ shall issue for the premises described as: 1835 PRAIRIE CITY ROAD, SUITE 100, FOLSOM, CA 95630. The lease is forfeited.

Defendants NICASIO J. UGSANG and MARILOU C. UGSANG shall pay plaintiff principal in the amount of $32,998.01, plus costs in the amount of $355.00, attorney's fees in the amount of $-0-, totaling $33,353.01.

Date: March 04, 2010            (Original on File /s/)

_____
Judge Thadd A. Blizzard
Superior Court of California, County of Sacramento,
Unlawful Detainer Division

NOTICE IS HEREBY GIVEN that the above judgment was entered on March 04, 2010.

CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action. This Judgment and Notice of Entry of Judgment was mailed first class postage prepaid, in a sealed envelope to Plaintiff BASSAM DAHDULI, at 5175 RIDGEVINE WAY, FAIR OAKS, CA 95628, Defendants NICASIO J. UGSANG, at 4240 MYSTIC WAY, MATHER, CA 95655 and MARILOU C. UGSANG, at 4240 MYSTIC WY, MATHER, CA 95655. The mailing and this certification occurred at the place and on the date shown below.

Date: March 05, 2010            (Original on File /s/)

_____
L. Miller, Deputy Clerk

| | | EJ-130 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): <br> Bassam Dahduli <br> 5175 Ridgevine Way <br> Fair Oaks, CA 95628 <br> TELEPHONE NO.: 916/965-3143  FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): <br> ☐ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
UNLAWFUL DETAINER DIVISION
301 Bicentennial Circle, Room 200
Sacramento, California 95826
Phone: (916) 875-7746

PLAINTIFF: Bassam Dahduli

DEFENDANT: Nicasio J. Ugsang, Marilou C. Ugsang

| WRIT OF | ☐ EXECUTION (Money Judgment) <br> ☒ POSSESSION OF  ☐ Personal Property <br>                              ☒ Real Property <br> ☐ SALE | CASE NUMBER: <br> 09UD12280 |
|---|---|---|

1. To the Sheriff or Marshal of the County of: Sacramento
* You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Bassam Dahduli
   is the ☒ judgment creditor  ☐ assignee of record  whose address is shown on this form above the court's name.
4. Judgment debtor (name and last known address):

   ┌─────────────────────────┐
   │ Nicasio J. Ugsang       │
   │ 4240 Mustic Way         │
   │ Mather, CA 95655        │
   │                         │
   │ Marilou C. Ugsang       │
   │ 4240 Mustic Way         │
   │ Mather, CA 95655        │
   └─────────────────────────┘

   ☐ Additional judgment debtors on next page
5. Judgment entered on (date): 3-4-10
6. ☐ Judgment renewed on (dates):
7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested (see next page).
8. ☐ Joint debtor information on next page.

[SEAL]

9. ☒ See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment ................... $
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $
13. Subtotal (add 11 and 12) ......... $
14. Credits ........................ $
15. Subtotal (subtract 14 from 13) ...... $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $
17. Fee for issuance of writ ............. $
18. Total (add 15, 16, and 17) ........... $
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of. ...... $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) .............. $
20. ☐ The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): March 9, 2010    Dennis B. Jones, Clerk, by  K. Morris  Deputy
                                                              (FILED ELECTRONICALLY)

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov

| PLAINTIFF: Bassam Dahdoli | CASE NUMBER: |
|---|---|
| DEFENDANT: Nicasio J. Ugsang Marilou C. Ugsang | 09UD12280 |

— Items continued from page 1 —

21. ☐ **Additional judgment debtor** *(name and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
    a. on *(date):*
    b. name and address of joint debtor:

    a. on *(date):*
    b. name and address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☒ **(Writ of Possession or Writ of Sale) Judgment** was entered for the following:
    a. ☒ Possession of real property: The complaint was filed on *(date):* 12-30-09
       **(Check (1) or (2)):**
       (1) ☐ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
           The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
       (2) ☒ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
           (a) $ —0— was the daily rental value on the date the complaint was filed.
           (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
    b. ☐ Possession of personal property.
       ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property: 1835 Prairie City Rd. Ste 100 Folsom, CA 95630

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

Financial information submitted prior to occupancy

# Bank of America

**Personal Financial Statement**

## PERSONAL PROFILE

You may apply for credit in your name alone, regardless of marital status. Check your marital status below only if (a) you live in a community property state, such as California, or (b) this is a joint application. You must answer the questions about your spouse only if you're married and (a) you live in a community property state, or (b) this is a joint application with your spouse. If you're married and live in a community property state, Bank of America, N.A. will assume that all assets, income, and debts are community property, unless you indicate otherwise.

**Check one of the following:** ☒ Married ☐ Unmarried ☐ Separated

| NAME | DATE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|
| Nick J Ugsang | 11/02 1969 | 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 |

| STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 4240 Mustic Way | Mather | CA | 95655 |

| HOW LONG AT ADDRESS | | | | | HOME PHONE |
|---|---|---|---|---|---|
| Years 8 | Mos. | ☒ OWN | ☐ RENT | ☐ OTHER | 916 366.3489 |

| EMPLOYED BY | HOW LONG | OCCUPATION | BUSINESS PHONE |
|---|---|---|---|
| Self employed | 15 Yrs. Mos. | Barber | 916 983.9500 |

| EMPLOYER ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

| SPOUSE'S NAME | DATE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|
| Marilou Ugsang | 05 28 1971 | 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 |

| EMPLOYED BY | HOW LONG | OCCUPATION | BUSINESS PHONE |
|---|---|---|---|
| Self | 13 Yrs. Mos. | daycare | 916 366 3489 |

| EMPLOYER ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 4240 Mustic Way | Mather | | |

| TOTAL NUMBER OF DEPENDENTS | AGES OF DEPENDENTS |
|---|---|
| 4 | 16, 17, 04 |

**Financial Information** as of _____ (Month), _____ (Day), _____ (Year).

| ASSETS (List and describe all assets) | MARKET VALUE | LIABILITIES (List creditor name) | BALANCE OWING | MONTHLY PAYMENT |
|---|---|---|---|---|
| CHECKING    NAME OF FINANCIAL INSTITUTION | | List credit cards, open lines of credit, and other liabilities (including alimony and child support). Also list loans with assets used as security. | | |
| Bank of America | $ | | | |
| Bank of America | | CREDIT CARDS/LINES OF CREDIT (Please Itemize) | $ | $ |
| SAVINGS    NAME OF FINANCIAL INSTITUTION | | | | |
| ACCOUNTS/NOTES RECEIVABLE (Please itemize) | | | | |
| | | | | |
| | | Real Estate Loans (Schedule C on reverse) | | |
| Marketable Securities (from Schedule A on reverse) | | Monthly Rent Payment | | |
| Businesses Owned (from Schedule B on reverse) | | OTHER OBLIGATIONS (Please itemize) | | |
| Real Estate (from Schedule C on reverse) | | | | |
| Retirement Accounts (Vested interest) | | | | |
| OTHER ASSETS (Please itemize) | | | | |
| | | **TOTAL LIABILITIES/PAYMENTS** | | |
| | | **NET WORTH** (Total Assets MINUS Total Liabilities) | $ | |
| TOTAL ASSETS | $ | **TOTAL** (Total Liabilities PLUS Net Worth) | $ | |

## ANNUAL INCOME / ANNUAL EXPENDITURES

Income Sources - Income from alimony, child support or separate maintenance does not have to be stated unless you want it considered.

| | | | |
|---|---|---|---|
| | | Real Estate payment(s) $1,392.00 Rental | $1,920.00 Home |
| Your Gross Annual Salary | $77,000.00 | Rent/Lease payment(s) | $23,464.00 |
| Your Spouse's Gross Annual Salary | $24,000 | Income Taxes | $ |
| Gross Annual Rental Income | $13,800.00 | Insurance Premiums (all types) | $ |
| OTHER INCOME (Please itemize) | $ | Property Taxes | $ |
| | $ | Alimony, Child Support or Separate Maintenance | $ |
| | $ | Other (include installment payments other than real estate) | $ |
| | $ | 1. | $ |
| | $ | 2. | $ |
| TOTAL | $ | TOTAL EXPENDITURES | $ |

Is any of this income likely to be reduced or interrupted within the next year?
☐ Yes ☒ No    If yes, how long will the interruption last? Describe:

Do you have loans/obligations in any other individual or business name?
☐ Yes, describe ☒ No
1.
2.

TOTAL $

05-14-4581NSBW 06-2005                                       *Please complete reverse side*

*OWNERSHIP TYPE:    JT = Joint Tenancy    TC = Tenants in Common
CP = Community Property    SP = Separate Property

## SCHEDULE A — Marketable Securities (Attach Supplemental Schedule if necessary)

| NO. OF SHARES AMT. OF BONDS | DESCRIPTION | EXCHANGE LISTED | NAME(S) OF OWNER(S) | *OWNERSHIP TYPE | CURRENT MARKET ON LISTED OR ESTIMATED VALUE ON UNLISTED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE B — Business(es) Owned (Attach Supplemental Schedule if necessary)

| NO. OF SHARES | DESCRIPTION | NAME(S) OF OWNER(S) | *OWNERSHIP TYPE | PERCENTAGE OWNERSHIP | CURRENT VALUE |
|---|---|---|---|---|---|
| | Barber Shop | Nick | Sole Proprietor | 100% | |
| | Marilou's Daycare | Marilou | Sole | 100% | |

## SCHEDULE C — Real Estate (Attach Supplemental Schedule if necessary)

| PROPERTY ADDRESS AND TYPE OF IMPROVEMENT | PURCHASE DATE | NAME(S) OF OWNER(S) | *OWNERSHIP TYPE | NET ANNUAL RENTAL INCOME | ESTIMATED VALUE | AMOUNT OWING | TO WHOM PAYABLE / MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|
| 1123 Parish Wy | /1996 | Nick Ugsang | | 1150.00 | 250,000 | 122,000 | B of A |
| 4240 Mustic Wy | 8/2000 | Nick Ugsang | | | 450,000 | 200,000 | B of A |
| | / / | | | | | | |
| | / / | | | | | | |
| | / / | | | | | | |
| | / / | | | | | | |

## GENERAL INFORMATION ON APPLICANT AND SPOUSE (Provide full details on any "yes" answers to questions 2-6, attach separate sheet if necessary.)

1. Are your principal cash deposits held jointly with another person? ☐ Yes ☒ No   If yes, with whom? _____
2. Are any assets encumbered or debts secured except as indicated? ☐ Yes ☐ No
3. Are there any suits or unpaid judgments now pending against you? ☐ Yes ☒ No
4. Have you ever voluntarily surrendered or had a vehicle, or any other item repossessed? ☐ Yes ☒ No
5. Have you or your spouse ever been the subject of bankruptcy proceedings? ☐ Yes ☒ No
6. Have you ever applied for or obtained credit under another name? ☐ Yes ☒ No
7. Are you a U.S. Citizen? ☒ Yes ☐ No   If no, please give country of citizenship and visa status: _____
8. Are any assets held in a trust? ☐ Yes ☒ No

| Life Insurance $ | Name of Insured | Name of Company | |
|---|---|---|---|
| Beneficiary's Name | Address | | Relationship |
| Life Insurance $ | Name of Insured | Name of Company | |
| Beneficiary's Name | Address | | Relationship |

## YOUR SIGNATURE

By signing below, you certify that the statements above and on any attachment(s) are true and complete as of the date given below. You authorize the Bank to verify or check any of the information given, check your credit references, verify employment and obtain credit reports. You also authorize the Bank to provide credit information about you and your accounts to others.

7/19/08    X _[signature: Nick Ugsang]_
DATE           APPLICANT

7/19/08    X _[signature: Marilou Ugsang]_
DATE           APPLICANT



Nick's Barber Shop

nickugsang@yahoo.com



## Insufficient Funds – Check Returned

| Page | Date Returned | Reason | Amount | Bank Fee |
|------|---------------|--------|--------|----------|
| 1 | 9/30/2008 | Insufficient Funds | $500.00 | $8.00 |
| 2 | 12/22/2008 | Account Closed | $888.00 | $8.00 |
| 3 | 5/26/2009 | Insufficient Funds | $2,788.00 | $4.00 |
| 4 | 5/28/2009 | Insufficient Funds | $2,788.00 | $8.00 |
| 5 | 10/20/2009 | Account Closed | $5,000.00 | $8.00 |

                                  **Totals:**    **$11,964.00**    **$36.00**

RIVER CITY BANK  
2485 NATOMAS PARK DRIVE  
SACRAMENTO  CA

9-30-2008
PAGE    1

Exhibit C
Pg 1

THE FOLLOWING DEPOSITED ITEM(S) WAS RETURNED AND CHARGED TO YOUR ACCOUNT FOR
THE REASON INDICATED. PLEASE DIRECT ANY INQUIRIES TO OUR CUSTOMER SERVICE
DEPARTMENT.  BE SURE TO DEDUCT ALL AMOUNTS LISTED FROM YOUR CHECK REGISTER.

| MAKER | AMOUNT | RETURN REASON |
|---|---|---|
| NICK UGSANG | 500.00 | Insufficient Funds |
| TOTAL: | 500.00 | |
| TOTAL FEE CHARGED: | 8.00 | |

FOUR WAY INC.  
5175 RIDGEVINE WY  
FAIR OAKS CA 95628

DEMAND DEPOSIT ACCOUNT    411051164  
OFFICER                   704

*122000166*  
09/30/2008  
6629507214

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS





RIVER CITY BANK  
2485 NATOMAS PARK DRIVE  
SACRAMENTO CA

Ex.C pg 4

5-28-2009  
PAGE 1

THE FOLLOWING DEPOSITED ITEM(S) WAS RETURNED AND CHARGED TO YOUR ACCOUNT FOR THE REASON INDICATED. PLEASE DIRECT ANY INQUIRIES TO OUR CUSTOMER SERVICE DEPARTMENT. BE SURE TO DEDUCT ALL AMOUNTS LISTED FROM YOUR CHECK REGISTER.

| MAKER | AMOUNT | RETURN REASON |
|---|---|---|
| Nick Ugsang | 2,788.00 | Insufficient Funds |
| TOTAL: | 2,788.00 | |
| TOTAL FEE CHARGED: | 8.00 | |

FOUR WAY INC.  
5175 RIDGEVINE WY  
FAIR OAKS CA 95628

DEMAND DEPOSIT ACCOUNT 411051164  
OFFICER 704



RIVER CITY BANK
2485 NATOMAS PARK DRIVE
SACRAMENTO CA

Ex. C / pg 5

10-20-2009
PAGE 1

THE FOLLOWING DEPOSITED ITEM(S) WAS RETURNED AND CHARGED TO YOUR ACCOUNT FOR
THE REASON INDICATED. PLEASE DIRECT ANY INQUIRIES TO OUR CUSTOMER SERVICE
DEPARTMENT. BE SURE TO DEDUCT ALL AMOUNTS LISTED FROM YOUR CHECK REGISTER.

| MAKER | AMOUNT | RETURN REASON |
|---|---|---|
| nick ugsang | 5,000.00 | Account Closed |
| TOTAL: | 5,000.00 | |
| TOTAL FEE CHARGED: | 8.00 | |

FOUR WAY INC.
5175 RIDGEVINE WY
FAIR OAKS CA 95628

DEMAND DEPOSIT ACCOUNT    411051164
OFFICER                   704

*122000166*
10/20/2009
6422089302

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON-D
CLOSED ACCOUNT

NICK J UGSANG
MARILOU UGSANG
4240 MUSTIC WAY
MATHER, CA 95655

1122
11-35/1210

Date 10/17/09

Pay to the order of Four Way Inc.    $5,000.00
Five thousand 00/100    Dollars

Bank of America
Folsom
403 E Bidwell St.
Folsom CA
916.373.6920

Customer Since 2008

For #635 prairie city Rd    Suite 100

Ugsang

⑆121000358⑆ 1122⑈08066⑈6739⑈

⑆121000358⑆   112208066673910    0000500000

PAY TO THE ORDER OF
River City Bank
FOR DEPOSIT ONLY
Four Way, Inc.
411051164

Do not endorse or write below this line.

# Defendants *ANSWER-Unlawful Detainer*

Defendants admit that all of the statements of the complaint or true and state their affirmative defense is due to "bad economy, new location, business starting in bad economy"

---Defendant did not just start the business and was well established prior to moving to our center. The prior location was also in Folsom and therefore they simply re-located to our center. In fact, they moved less than 3 miles from their previous business location to the current location.

Submitted *ANSWER* with *FEE WAIVER* **01/07/2010**
-*Fee Waiver* DENIED (didn't attached financial stmt)

Resubmitted *FEE WAIVER* **01/19/2010**
-*Fee Waiver* DENIED again

Notice mailed on **02/05/2010** that *ANSWER* has been voided for non-payment of denied *Fee Waiver*

Paid Fee on **02/09/2010**

| | | UD-105 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Nicasio J Ugsang, Marilou C Ugsang, 4240 Mustit Wy, Mather CA 95655 | TELEPHONE NO: 916-983-9500, 916-283-1464 | FOR COURT USE ONLY |
| ATTORNEY FOR (Name): | | |

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: COUNTY OF SACRAMENTO
MAILING ADDRESS: CAROL MILLER JUSTICE CENTER
CITY AND ZIP CODE: UNLAWFUL DETAINER UNIT ROOM 320
BRANCH NAME: 301 BICENTENNIAL CIRCLE
SACRAMENTO, CA 95826

PLAINTIFF: Bassam La[...]

DEFENDANT: Nick & Marilou Ugsang

**ANSWER—Unlawful Detainer**

CASE NUMBER: 09UD12280

1. Defendant (names):

   Nick Ugsang    Marilou Ugsang

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. (Do not check this box if the complaint demands more than $1,000.
   b. ☒ Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false (use paragraph numbers from the complaint or explain):

      ☐ Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them (use paragraph numbers from the complaint or explain):

      ☐ Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES    (NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).
   a. ☐ (nonpayment of rent only) Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ (nonpayment of rent only) Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ (nonpayment of rent only) On (date):                          before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

      (Also, briefly state the facts showing violation of the ordinance in item 3j.)
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☒ Other affirmative defenses are stated in item 3j.

Form Approved by the Judicial Council of California
UD-105 [Rev. January 1, 2007]

**ANSWER—Unlawful Detainer**

Page 1 of 2
Civil Code, §1940 et seq.;
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| | | |
|---|---|---|
| PLAINTIFF (Name): Bassam Lahdulu | | UD-105 |
| DEFENDANT (Name): Nick & Marilou Ugsang | CASE NUMBER: 09UD12280 | |

3. AFFIRMATIVE DEFENSES (cont'd)
   j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one)*:

   Bad Economy, New location
   Buisness starting in bad economy

   (1) ☐ All the facts are stated in Attachment 3j.   (2) ☐ Facts are continued in Attachment 3j.

4. OTHER STATEMENTS
   a. ☐ Defendant vacated the premises on *(date)*:
   b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain)*:

   c. ☐ Other *(specify)*:

5. DEFENDANT REQUESTS
   a. that plaintiff take nothing requested in the complaint.
   b. costs incurred in this proceeding.
   c. ☐ reasonable attorney fees.
   d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.
   e. ☐ Other *(specify)*:

6. ☐ Number of pages attached *(specify)*:

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400-6415)**

7. *(Must be completed in all cases)* An **unlawful detainer assistant** ☒ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received **any** help or advice for pay from an unlawful detainer assistant, state:*
   a. Assistant's name:                                      b. Telephone No.:
   c. Street address, city, and ZIP:
   d. County of registration:            e. Registration No.:           f. Expires on *(date)*:

Nicasio J. Ugsang
(TYPE OR PRINT NAME)
▶ [signature]
(SIGNATURE OF DEFENDANT OR ATTORNEY)

Marilou Ugsang
(TYPE OR PRINT NAME)
▶ [signature] Marilou Ugsang
(SIGNATURE OF DEFENDANT OR ATTORNEY)

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**
*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date: 2/09/2010   ▶ [signature]

Nicasio & Marilou Ugsang
(TYPE OR PRINT NAME)
▶ [signature] Marilou Ugsang
(SIGNATURE OF DEFENDANT)

UD-105 [Rev. January 1, 2007]        **ANSWER—Unlawful Detainer**        Page 2 of 2

- City of Folsom Utility Billing Issues

July 16, 2009

RE: Delinquent Utility Account
Total Amount Due: $170.86

Utility Account Number: 76403-220898
Service Address: 1835 PRAIRIE CITY RD #100



CITY OF
FOLSOM
DISTINCTIVE BY NATURE

FOURWAY INC
C/O SAM DAHDULI
5175 RIDGELINE WAY
FAIR OAKS CA 95628

## SHUT OFF NOTICE

Your account is currently delinquent and subject to interruption. **To avoid discontinuance of your service(s), you will need to remit the total amount due or contact this office within FOURTEEN DAYS from the date on this letter.** Payments made after fourteen days from the date on this letter or partial payment without speaking to a revenue technician will not stop the shut-off procedure.
Delinquent accounts are subject to a service deposit and/or an administration/reconnect fee. For reconnection of service you must contact a revenue technician. See the contact information below. If payment is received after 12:00 PM services will be restored the following business day.

## INTENT TO LIEN

You are receiving this notice because your utilities account with the City of Folsom is delinquent more than 60 days. Your utilities account information has been included in a report on delinquent charges prepared by the City staff (the "Report"). A hearing has been scheduled before the Folsom City Council in order to review these delinquent outstanding balances for the purpose of transferring them to the Sacramento County Auditor/Tax Collector, who will add any transferred delinquencies to the property tax roll for collection.
The Folsom City Council will hold a public hearing on Tuesday July 28, 2009 at 6:30 pm, or as soon as possible thereafter, to review the Report and consider transfer of the delinquent charges to the County tax roll for collection with general property taxes.
The hearing will be held at Folsom City Hall, City Council Chambers, 50 Natoma Street, Folsom California, 95630. Anyone wishing to be heard on the above matter may appear before the City Council at the aforementioned date or file a written statement with the City Clerk prior to the hearing. At the end of the public hearing, the City Council will make a determination on the Report and determine the delinquencies to be transferred to the County tax roll. Such determination shall be final and all delinquent charges confirmed by the City Council will then be transferred to County Auditor/Tax Collector for collection on the property tax roll.
Accounts that have a lien attached to them are subject to a service deposit and/or an administration fee.

To pay by Visa/MasterCard access www.folsom.ca.us On-line Services, Service Billing.
For information, disputes or financial assistance, please contact
billingwebmail@folsom.ca.us or call at 916-351-3391.