

2 pgs.
SCOTT A. COBEN AND ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Talvinder S. Bambhra State Bar No. 230907
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorneys for Debtors NICASIO UGSANG and MARILOU UGSANG

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:  
NICASIO UGSANG and MARILOU UGSANG,

    Debtors.

Case No.   09-45893-B-13J  
DCN:       SAC-01  
DATE:     March 30, 2010  
TIME:     9:32 a.m.  
CTRM:    33 - 6th Floor

### SUPPLEMENTAL DECLARATION OF DEBTORS

We, NICASIO UGSANG and MARILOU UGSANG, hereby declare as follows:

1. We are the Debtors in the above captioned matter. We have personal knowledge of the following facts which we believe to be true and accurate. If called as witnesses, we could and would so testify.

2. One of the reasons that we have had a difficult time making the payments called for under the plan is that the monthly rent on Nick's Barber Shop location is $2,700.00.

3. In order to better fund the Chapter 13 Plan, we are in the process of moving

1

1 | from the barber shop location. We will either find a location with cheaper rent, or rent a chair
2 | from an established location at around $500.00 per month.
3 |     4.    Based on these changes, we will be able to make the regular Chapter 13 Plan
4 | Payments.

We declare under penalty of perjury the foregoing is true and accurate to the best of our knowledge. Executed March 29, 2010, in Sacramento, California.

/s/ Nicasio Ugsang
NICASIO UGSANG

/s/ Marilou Ugsang
MARILOU UGSANG

2