UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | Nicasio J. Ugsang and Marilou C. Ugsang | Case No : | 09-45893 - B - 13J |
| | | Date : | 3-30-10 |
| | | Time : | 9:32 |
| Matter : | [32] - Counter Motion to Dismiss Case/Proceeding [SAC-1] Filed by Trustee Jan P. Johnson to be held on 3/30/2010 at 09:32 AM at Sacramento Courtroom 32, Department B. (rlos) | | UNOPPOSED |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

APPEARANCES for :
**Movant(s) :**
    Kristen Koo (for the Trustee)
**Respondent(s) :**
    Debtor(s) Attorney - Talvinder S. Bambhra

COUNTER MOTION was :
Conditionally denied
For the reasons stated in the disposition below

ORDER TO BE PREPARED BY :    Jan P. Johnson

Disposition After Oral Argument (formerly Tentative Ruling): The trustee's countermotion is filed under LBR 9014-1(f)(2). Opposition may be presented at the hearing. Subject to such opposition and due to the number of matters on this morning's three related calendars (314 matters), the court issues the following abbreviated tentative ruling.

The countermotion is conditionally denied, the conditions being that on or before April 13, 2010 the debtors file a new plan and a motion to confirm the new plan, properly serve the new plan and the motion, and set the motion for hearing on the next available chapter 13 calendar that provides proper notice.

The chapter 13 trustee shall submit an order electronically with no duplicate paper copy.