| FORM L18 Notice of Entry of Order in a Bankruptcy Case (v.1.07) | | 09-45893 - B - 13J |
|---|---|---|
|  | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | FILED<br><br>4/6/10<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>shbs |

## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:  09-45893 - B - 13J

Debtor Name(s), Social Security Number(s), and Address(es):

Nicasio J. Ugsang
xxx-xx-6705

4240 Mustic Way
Mather, CA 95655

Marilou C. Ugsang
xxx-xx-5571

4240 Mustic Way
Mather, CA 95655

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on April 06, 2010. The document number and docket text for this order are set forth below.

[40] – Civil Minute Order Denying [17] Motion/Application to Confirm/Modify Chapter 13 Plan [SAC-1] (shbs)
[42] – Conditional Order Denying [32] Counter Motion to Dismiss Case/Proceeding [SAC-1] (shbs)

Dated:
4/6/10

For the Court,
Richard G. Heltzel , Clerk