UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re
NICASIO UGSANG ... LOU UGSANG

Case No. 09-45893-B-13J

Debtor(s).

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- ☐ Petition
- ☐ Statement of Financial Affairs
- ☐ Creditor Matrix
- ☐ Statement of Intention
- ☐ List of 20 Largest Unsecured Creditors
- ☐ List of Equity Security Holders
- ☒ Schedules (check appropriate boxes). See Instruction #4 below.
  - ☐ A ☐ B ☐ C ☐ D ☐ E ☐ F ☐ G ☐ H ☒ I ☒ J
- ☒ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**

Purpose of amendment (check one):
- ☐ To add pre-petition creditors, delete creditors, change amounts owed or classification of debt ($26.00 fee required, provided the Judge may, for good cause, waive the charge in any case.) **NOTE**: Lists, schedules and statements reflecting change creditors must be accompanied by an amended matrix listing only the creditors added or changed.
- ☒ No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), or other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, be filed with the Court.)

Dated:

Attorney's [or Pro Se Debtor's] Signature:
Printed Name: Scott A. CoBen
Mailing Address: 1214 F St
Sacramento, CA 95814

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct to the best of my(our) information and belief.

Dated:

Debtor's Signature

Dated:

Joint Debtor's Signature

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. **Do not use an amendment cover sheet when submitting amended plans or amendments to plans.**
2. Include the word "amended" in the title of each amended document.
3. Amendments to asset schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor: "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments to add or change creditors must be accompanied by a separately filed amended matrix containing ONLY the additions so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When filing an amended matrix you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file listing the creditors in the standard master address list format. These two files **must** be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. Notice of the amendment WILL NOT be given by the Clerk's Office. To comply with this requirement, the debtor's attorney or the pro se debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including but not limited to the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

In re **Nicasio James Ugsang III and Marilou Cabanas Ugsang**,         Case No. _____
         Debtor(s)                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☐ | |
|    b. Is property insurance included?  Yes ☐  No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 225.00 |
|    b. Water and sewer | $ 80.00 |
|    c. Telephone | $ 50.00 |
|    d. Other  *HOA's* | $ 64.00 |
|    Other  *cell phones* | $ 130.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 75.00 |
|    d. Auto | $ 120.00 |
|    e. Other | $ 0.00 |
|    Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify)  *Self Employment Taxes* | $ 300.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 285.00 |
|    b. Other: | $ 0.00 |
|    c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 915.00 |
| 17. Other:  *Pool Maintenance* | $ 50.00 |
|    Other:  *Schools Expenses* | $ 100.00 |
| | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 4,344.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
   *None*

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 16 of Schedule I     $ 9,594.00
   b. Average monthly expenses from Line 18 above           $ 4,344.00
   c. Monthly net income (a. minus b.)                      $ 5,250.00