FILED
April 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002557549

2 pgs.
SCOTT A. COBEN AND ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Talvinder S. Bambhra State Bar No. 230907
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorneys for Debtors NICASIO UGSANG and MARILOU UGSANG

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 09-45893-B-13J |
| NICASIO UGSANG and MARILOU UGSANG, | DCN: SAC-03 |
| | DATE: June 8, 2010 |
| | TIME: 9:32 a.m. |
| Debtors. | CTRM: 32 |
| _____/ | JUDGE: Holman |

**NOTICE OF HEARING ON MOTION TO
CONFIRM CHAPTER 13 PLAN**

Counsel for Debtors has filed papers with the court for AN ORDER CONFIRMING CHAPTER 13 PLAN AS FOLLOWS:

**1. PLAN PAYMENTS SHALL BE AS FOLLOWS:**

Debtors shall have paid $10,100.00 into the plan by April 25, 2010. Payments beginning May 25, 2010 shall be $5,250.00 per month for the subsequent 55 months of the plan (see attached plan).

**2. THE UNSECURED CREDITORS SHALL BE PAID NO LESS THAN 0.0 PERCENT OF THEIR FILED CLAIMS.**

1

1 |     <u>Your rights may be affected</u>. You should read these papers carefully and discuss them
2 | with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you
3 | may which to consult one.)
4 |     If you do not want the court to approve the relief requested, then on or before <u>fourteen
5 | calendar days before the above hearing date</u>, you or your attorney must:
6 |     File with the court a written response explaining your position at:

>United States Bankruptcy Court
>501 I Street, Third Floor
>Sacramento, California 95814

    If you mail your response to the court for filing you must mail it early enough so the court will receive it on or before the dates stated above.

    You must also mail a copy to :

>Scott A. CoBen and Associates
>1214 F Street
>Sacramento, California 95814

>Office of the United States Trustee
>501 I Street, Room 7-500
>Sacramento, California  95814

    You must also attend the hearing of this matter scheduled for the above date, time and courtroom of the United States Bankruptcy Court located at 501 I Street in Sacramento, California.

**IF YOU OR YOUR ATTORNEY DO NOT FILE A TIMELY WRITTEN OPPOSITION, THE COURT MAY STRIKE ANY UNTIMELY OPPOSITION AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT ORAL ARGUMENT.**

Date: April <u>12</u>, 2010         SCOTT A. COBEN & ASSOCIATES

                      BY:   /s/ Scott A.Coben
                              SCOTT A. COBEN
                              TALVINDER S. BAMBHRA
                              Attorneys for Debtors
                              Nick & Marilou Ugsang