FILED
April 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002557548



2 pgs.

SCOTT A. COBEN AND ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Talvinder S. Bambhra State Bar No. 230907
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorneys for Debtors NICASIO UGSANG and MARILOU UGSANG

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 09-45893-B-13J |
| NICASIO UGSANG and MARILOU UGSANG, | DCN: SAC-03 |
| | DATE: June 8, 2010 |
| | TIME: 9:32 a.m. |
| Debtors. _____/ | CTRM: 32 |
| | JUDGE: Holman |

**DECLARATION OF DEBTORS**

We, NICASIO UGSANG and MARILOU UGSANG, hereby declare as follows:

1.      We are the Debtors in the above captioned matter. We have personal knowledge of the following facts which we believe to be true and accurate. If called as witnesses, we could and would so testify.

2.      The Chapter 13 Plan filed with this declaration complies with all applicable laws pertaining to relevant bankruptcy code to the best of our knowledge.

3.      All fees owed to the Court has been paid.

4.      The subject plan was filed in good faith.

5.      The plan provides for payment to secured creditors or the surrender of the

1

property securing the debt.

6. The plan provides that all unsecured creditors will be paid at least what they would have received in the event of a Chapter 7 Liquidation to the best of our knowledge.

7. As demonstrated in Schedules I and J of my Chapter 13 Voluntary Petition filed with this declaration we are able to make the payments according to the plan.

8. The Chapter 13 Voluntary Petition filed November 25, 2009 was filed in good faith.

9. We do not have any domestic support obligations.

10. We have filed all applicable tax returns.

11. We were previously unable to make the plan payments because we were in the process of moving our business, Nick's Barber Shop, to a new location in order to reduce the overhead for that business.

12. Rent at the previous location was $2,780.00.

13. Currently, we are operating out of a new shop and pay $430.00 monthly for rent.

12. Now that we have reduced the business expenses, we are able to make the payments called for under the First Amended Plan.


We declare under penalty of perjury the foregoing is true and accurate to the best of our knowledge. Executed April __, 2010, in _____, California.


 /s/ Nicasio Ugsang_____               /s/ Marilou Ugsang_____
NICASIO UGSANG                               MARILOU UGSANG